## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

Deutsche Bank National Trust Company, as Trustee for GSAA Home Equity Trust 2007-4, Asset-Backed Certificates, Series 2007-4,

CASE NUMBER: 1:12-cv-3648

PLAINTIFF

VS.

DISTRICT JUDGE: James B. Zagel

Czeslaw Lupa, Halina Lupa, Bank of America, NA successor in interest to LaSalle Bank, NA,

MAGISTRATE JUDGE: Martin C. Ashman

DEFENDANT(S).

### ORDER

THIS CAUSE coming on to be heard on motion of the Plaintiff of an Order, pursuant to a Judgment of Foreclosure and Order of Sale entered in this matter, appointing a Special Commissioner pursuant to 735 ILCS 5/15-1506(f) and 28 U.S.C. §2001(a);

IT IS HEREBY ORDERED that The Judicial Sales Corporation is hereby appointed Special Commissioner for the purpose of the sale at public auction of the property that is the subject matter of this action, pursuant to a Judgment of Foreclosure and Order of Sale entered herein.

Dated: AUG 2 8 2012

Entered: *James B. Zagel*
Judge

James N. Pappas #6291873
Burke Costanza & Carberry LLP
Attorneys for Plaintiff
225 W. Washington St, Suite 2200
Chicago, Illinois 60606
(219) 769-1313